**No. 09M93. Lorenzo Wilson, Petitioner v. Illinois.**

560 U.S. 902, 130 S. Ct. 3311, 176 L. Ed. 2d 1180, 2010 U.S. LEXIS 4013.

May 17, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09M94. Justin Endicott, Petitioner v. Icicle Seafoods, Inc.**

560 U.S. 902, 130 S. Ct. 3311, 176 L. Ed. 2d 1180, 2010 U.S. LEXIS 4010.

May 17, 2010. Motion for leave to proceed as a seaman granted.

**No. 09M95. William Orlando Smith, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

560 U.S. 902, 130 S. Ct. 3311, 176 L. Ed. 2d 1180, 2010 U.S. LEXIS 3945.

May 17, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09M96. Bahig F. Bishay, Petitioner v. Mechanics Cooperative Bank.**

560 U.S. 902, 130 S. Ct. 3311, 176 L. Ed. 2d 1180, 2010 U.S. LEXIS 3902.

May 17, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09-945. Louisiana Safety Association of Timbermen - Self Insurers Fund, Petitioner v. Certain Underwriters at Lloyd's, London, et al.**

560 U.S. 902, 130 S. Ct. 3311, 176 L. Ed. 2d 1180, 2010 U.S. LEXIS 3980.

May 17, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 09-8429. Gerald H. Miller, Petitioner v. Georgia.**

560 U.S. 902, 130 S. Ct. 3311, 176 L. Ed. 2d 1180, 2010 U.S. LEXIS 3953.

May 17, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-9064. Tony Dejuan Jackson, Petitioner v. Minnesota.**

560 U.S. 902, 130 S. Ct. 3312, 176 L. Ed. 2d 1180, 2010 U.S. LEXIS 3975.

May 17, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.